Case 2:16-cv-13200-SFC-MKM   ECF No. 48   filed 05/07/19   PageID.937   Page 1 of 2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CROWN INDUSTRIAL SERVICES, INC.,
a Michigan corporation

Plaintiff,

v                                               Case No. 16-cv-13200
                                                Hon. John Sean F. Cox
                                                Magistrate Judge Mona K. Majzoub

MIDBROOK, LLC, a Michigan limited liability company, and
MILTON LUTZ,

        Defendants.
_____/

| | |
|---|---|
| James A. Fink (P40386) | Philip J. Curtis (P12412) |
| Andrew F. Fink III (P74182) | Brad Andrew Brelinski (P68587) |
| Fink & Fink, PLLC | Curtis, Curtis & Brelinski, P.C. |
| 320 N. Main St., Ste. 300 | PO Box 766 |
| Ann Arbor, MI 48104 | Jackson, MI 49204 |
| (734) 994-1077 | (517) 787-9481 |
| | |
| Bradley L. Smith (P48138) | Angela L. Jackson (P53930) |
| Endurance Law Group PLC | Hooper Hathaway, P.C. |
| 180 W. Michigan Ave., Ste. 801 | 126 S. Main St. |
| Jackson, MI 49201 | Ann Arbor, MI 48104 |
| (517) 879-0253 | (734) 662-4426 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

_____/

## STIPULATED ORDER OF DISMISSAL

The parties have stipulated to entry of this order of dismissal, and the court has considered the matter.

IT IS ORDERED that this action is dismissed in its entirety with prejudice and without costs.

This order disposes of the last pending claim and closes the case.

Dated: May 7, 2019          s/Sean F. Cox  
                                       Sean F. Cox  
                                       U. S. District Judge

Approved as to form; notice of entry waived:

Dated: May 7, 2019          /s/ **Andrew F. Fink III (w/consent)**  
                                       Andrew F. Fink III (P74182)  
                                       Attorney for Plaintiff  
                                       Fink & Fink, PLLC  
                                       320 N. Main St., Ste. 300  
                                       Ann Arbor, MI 48104  
                                       (734) 994-1077

Dated: May 7, 2019          **/s/ Angela L. Jackson**  
                                       Angela L. Jackson (P53930)  
                                       Attorney for Defendants  
                                       Hooper Hathaway, P.C.  
                                       126 S. Main St.  
                                       Ann Arbor, MI 48104  
                                       (734) 662-4426